KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska   99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Gary.Guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA SPECIALTY HOSPITAL, LLC d/b/a ST. ELIAS SPECIALTY HOSPITAL )<br><br>Plaintiff, )<br><br>vs. )<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, and PREMERAFIRST, INC., )<br><br>Defendants. ) | Case No. 3:15-cv-00171-TMB<br><br>**JOINT STIPULATION FOR DISMISSAL** |

The parties, via counsel, stipulate to dismiss all claims in this matter

with prejudice, which each party to bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED this 9th day of September, 2016, in

Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
Attorney for United States of America

Law Offices of Tim Petumenos
Attorneys for Plaintiff

s/ Timothy J. Petumenos
Timothy J. Petumenos, ABA #7611147
Law Offices of Tim Petumenos

s/ Adam W. Cook
Adam W. Cook, ABA #0611071
Birch Horton Bittner & Cherot

LANE POWELL LLC

s/ Gwendolyn C. Payton
Gwendolyn C. Payton,
Attorney for PremeraFirst, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2016,
a copy of the foregoing
was served via electronic service on:

Timothy J. Petumenos
Adam W. Cook
Gwendolyn C. Payton

s/Gary M. Guarino

*Alaska Specialty Hospital, LLC v U.S.*   2
3:15-cv-00171-TMB